CINDY M. RUCKER (SBN 272465)
crucker@maynardcooper.com
**MAYNARD, COOPER & GALE, LLP**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (323) 987-3356
Facsimile:  (205) 254-1999

Attorney for Defendants
AETNA LIFE INSURANCE COMPANY and
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MALCOLM, | CASE NO. 3:21-cv-08182-CRB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** ORDER |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; THE UNITED PARCEL SERVICE OF AMERICA, INC. LONG TERM DISABILITY PLAN; and DOES 1-10 inclusive, | |
| Defendants. | |

1
2
3
4

     IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

5
  Dated: May 11, 2022                TODD KRAUSS & ASSOCIATES

6
                           By:   */s/ Todd Krauss*   
7
                                 Todd Krauss
                                 Attorney for Plaintiff
                                 DANIEL MALCOLM

8
9
  DATED: May 11, 2022               MAYNARD, COOPER & GALE, LLP

10
11
                           By: */s/ Cindy M. Rucker*   
                               Cindy M. Rucker
12
                               Attorney for Defendant
                               AETNA LIFE INSURANCE COMPANY and
13
                               HARTFORD LIFE AND ACCIDENT
                               INSURANCE COMPANY

14
15
16
17
18
19
20
21

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## <u>PROOF OF SERVICE</u>

**COUNTY OF SAN FRANCISCO**                )

**STATE OF CALIFORNIA**                )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Two Embarcadero, Suite 1450, San Francisco, California 94111.On the date indicated below, I served the foregoing document described as:

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**[ X ]  BY CM/ECF ELECTRONIC SERVICE**: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

Todd Krauss, ESQ
TODD KRAUSS & ASSOCIATES
16055 Ventura Blvd., Suite 432
Encino, CA 91436
PH:  818-981-1007
PH:  818-356-4747
Fax: 818-639-8111
todd@tkrausslaw.com

        I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 11, 2022, in San Francisco, California.

Sam Roberson

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11  DANIEL MALCOM,                               CASE NO. 4:21-cv-08182-CRB

12              Plaintiff,                       **[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

        vs.

13  AETNA LIFE INSURANCE COMPANY;
14  THE HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY; THE UNITED
    PARCEL SERVICE OF AMERICA, INC.
15  LONG TERM DISABILITY PLAN; and
    DOES 1-10 inclusive,

16              Defendants.

17

18

19

20

21

                                        1

1
2
3

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

4

Dated: May 12, 2022

5

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE